AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 4:22-mj-00685-HCA-1 |
| Justin Evans ) | |
| *Defendant* ) | |

**ORDER SCHEDULING A DETENTION HEARING**

**and/or Preliminary Hearing**

A detention hearing in this case is scheduled as follows:

| Place: United States Courthouse, Des Moines, IA | Courtroom No.: 265 VTC |
|---|---|
| | Date and Time: 10/25/2022 1:15 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: October 20, 2022

*Judge's signature*

Helen C. Adams, Chief U.S. Magistrate Judge
*Printed name and title*